UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FREDY ORLANDO GUILLEN POSADA,<br><br>    Petitioner,<br><br>v.<br><br>PATRICIA HYDE, et al.,<br><br>    Respondents. | Civil No. 2:25-cv-00544-SDN |

## JUDGMENT

In accordance with the Order on Petition for Writ of Habeas Corpus entered by U.S. District Judge, Stacey D. Neumann on November 10, 2025, and the subsequent status report filed by Respondents on December 15, 2025;

The Petition for Writ of Habeas Corpus is granted.

                              ERIC M. STORMS
                              ACTING CLERK

Dated: December 17, 2025          By: /s/ Michelle Thibodeau
                                                   Deputy Clerk